**ADAM J. FISHBEIN, P.C.**
ATTORNEY AT LAW
735 Central Avenue
Woodmere, New York 11598

Telephone (516) 668-6945
fishbeinadamj@gmail.com

December 26, 2023

<u>**VIA ECF**</u>
The Honorable Jesse M Furman
United States District Court
Southern District of New York
40 Centre Street
New York, NY 10007

**RE: Muradyan v. Equifax et al**
      **23 CV 9325 (JMF)**

Dear Judge Furman:

I represent the plaintiff in the above matter. Please be advised that the matter as it concerns American Express has been resolved.

Thank you for the Court's consideration of the foregoing.


Yours faithfully,

/s/
Adam J. Fishbein

Cc: Counsel of Record