UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
LILIT MURADYAN,                                                         :
                                                                        :
                                   Plaintiff,                           :       23-CV-9325 (JMF)
                                                                        :
               -v-                                                      :       ORDER
                                                                        :
EQUIFAX INFORMATION SERVICES, LLC et al.,                               :
                                                                        :
                                   Defendants.                          :
                                                                        :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On December 22, 2023, Defendant JP Morgan Chase Financial Company LLC ("JP Morgan Chase") filed a motion to dismiss the complaint under Rule 12(b) of the Federal Rules of Civil Procedure. Under Rule 15(a)(1)(B), a plaintiff has twenty-one (21) days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course.

      Accordingly, it is hereby ORDERED that Plaintiff shall file any amended complaint against JP Morgan Chase by **January 19, 2024**. Pursuant to Paragraph 1.B. of the Court's Individual Rules and Practices in Civil Cases, available at https://nysd.uscourts.gov/hon-jesse-m-furman, any amended complaint should be filed with a redline showing all differences between the original and revised filing. Plaintiff will not be given any further opportunity to amend the complaint to address issues raised by the motion to dismiss.

      If Plaintiff does amend, by three (3) weeks after the amended complaint is filed, JP Morgan Chase shall: (1) file an answer; (2) file a new motion to dismiss; or (3) file a letter on ECF stating that it relies on the previously filed motion to dismiss. If JP Morgan Chase files an answer or a new motion to dismiss, the Court will deny the previously filed motion to dismiss as moot. If JP Morgan Chase files a new motion to dismiss or indicates that it relies on its previously filed motion to dismiss, any opposition shall be filed within fourteen days, and any reply shall be filed within seven days of any opposition.

      If no amended complaint is filed, Plaintiff shall file any opposition to the motion to dismiss by **January 19, 2024**. JP Morgan Chase's reply, if any, shall be filed by **January 26, 2024**.

      SO ORDERED.

Dated: December 27, 2023
      New York, New York
                                                    JESSE M. FURMAN
                                                  United States District Judge