```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
LILIT MURADYAN,                                                        :
                                                                       :
                              Plaintiff,                               :
                                                                       :
              -v-                                                      :   23-CV-9325 (JMF)
                                                                       :
EQUIFAX INFORMATION SERVICES, LLC et al.,                              :   ORDER OF DISMISSAL
                                                                       :
                              Defendants.                              :
                                                                       :
-----------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

The Court having been advised at ECF Nos. 23, 24, 25, and 26 that all claims asserted against Defendants American Express Company, TD Bank USA, N.A., JP Morgan Chase Financial Company LLC, and BMW Financial Services NA, LLC, have been settled in principle, it is ORDERED that the above-entitled action be and is hereby DISMISSED *as to these Defendants* and discontinued without costs, and without prejudice to the right to reopen the action against these Defendants **within sixty days** of the date of this Order if the settlements are not consummated.

To be clear, any application to reopen the case against these Defendants **must** be filed **by the aforementioned deadline**; any such application filed thereafter may be denied solely on that basis. **Further, requests to extend the deadline to reopen are unlikely to be granted.**

If the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they **must** submit the settlement agreement to the Court by the deadline to reopen to be "so ordered" by the Court. Per Paragraph 5.B of the Court's Individual Rules and Practices for Civil Cases, unless the Court orders otherwise, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record.

In light of the above, Defendant JP Morgan Chase's motion to dismiss, ECF No. 20, is hereby DENIED as moot, and all deadlines set forth in the Court's December 27, 2023 Order, ECF No. 28, are hereby VACATED. The Clerk of Court is directed to terminate Defendants American Express Company, TD Bank USA, N.A., JP Morgan Chase Financial Company LLC, and BMW Financial Services NA, LLC, and to terminate ECF No. 20.

SO ORDERED.

Dated: January 2, 2024
       New York, New York

_____
JESSE M. FURMAN
United States District Judge