UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
LILIT MURADYAN, :
:
:
Plaintiff, :
: 23-CV-9325 (JMF)
-v- :
: ORDER
:
EQUIFAX INFORMATION SERVICES, LLC et al., :
:
Defendants. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Pursuant to the Court's January 30, 2024 Order, ECF No. 49, Plaintiff was required to file proof of service of a copy of that Order on counsel for Defendant Experian Information Solutions, Inc. by February 2, 2024. To date, Plaintiff has not filed any such proof of service. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **February 7, 2024**.

      SO ORDERED.

Dated: February 5, 2024
      New York, New York                                    JESSE M. FURMAN
                                                              United States District Judge