UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
                         :

LILIT MURADYAN,                   :

                  Plaintiff,       :

                        :

           -v-               :        23-CV-9325 (JMF)

                        :

EQUIFAX INFORMATION SERVICES, LLC et al.,   :       <u>ORDER OF DISMISSAL</u>

                  Defendants.     :

                        :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        The Court having been advised at ECF No. 59 that all claims asserted against Defendant
TransUnion, LLC have been settled in principle, it is ORDERED that the above-entitled action
be and is hereby DISMISSED *as to TransUnion* and discontinued without costs, and without
prejudice to the right to reopen the action against TransUnion **within sixty days** of the date of
this Order if the settlement is not consummated.

        To be clear, any application to reopen the case against TransUnion **<u>must</u>** be filed **<u>by the
aforementioned deadline</u>**; any application to reopen filed thereafter may be denied solely on
that basis.  **Further, requests to extend the deadline to reopen are unlikely to be granted.**

        If the parties wish for the Court to retain jurisdiction for the purposes of enforcing any
settlement agreement, they **<u>must</u>** submit the settlement agreement to the Court by the deadline to
reopen to be "so ordered" by the Court.  Per Paragraph 5.B of the Court's Individual Rules and
Practices for Civil Cases, unless the Court orders otherwise, the Court will not retain jurisdiction
to enforce a settlement agreement unless it is made part of the public record.

        The Clerk of Court is terminate TransUnion as a Defendant.

        SO ORDERED.

Dated: February 20, 2024
       New York, New York

                                JESSE M. FURMAN
                            United States District Judge