UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
LILIT MURADYAN, :
:
                Plaintiff, :
: 23-CV-9325 (JMF)
   -v- :
: <u>ORDER OF DISMISSAL</u>
EQUIFAX INFORMATION SERVICES, LLC et al., :
:
                Defendants. :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      The Court having been advised at ECF No. 66 that all claims asserted against Defendant Mercedes-Benz Financial Services USA, LLC ("Mercedes-Benz") have been settled in principle, it is ORDERED that the above-entitled action be and is hereby DISMISSED *as to Mercedes-Benz* and discontinued without costs, and without prejudice to the right to reopen the action against Mercedes-Benz **within sixty days** of the date of this Order if the settlement is not consummated.

      To be clear, any application to reopen the case against Mercedes-Benz **must** be filed **by the aforementioned deadline**; any application to reopen filed thereafter may be denied solely on that basis. **Further, requests to extend the deadline to reopen are unlikely to be granted.**

      If the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they **must** submit the settlement agreement to the Court by the deadline to reopen to be "so ordered" by the Court. Per Paragraph 5.B of the Court's Individual Rules and Practices for Civil Cases, unless the Court orders otherwise, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record.

      The Clerk of Court is directed to terminate Mercedes-Benz as a Defendant.

      SO ORDERED.

Dated: February 28, 2024
      New York, New York

                                            _____
                                                 JESSE M. FURMAN
                                              United States District Judge