**ADAM J. FISHBEIN, P.C.**
ATTORNEY AT LAW
735 Central Avenue
Woodmere, New York 11598

Telephone (516) 668-6945
fishbeinadamj@gmail.com

March 7, 2024

**VIA ECF**
The Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Centre Street
New York, NY 10007

**RE: Muradyan v. Equifax et al
     23 CV 9325 (JMF)**

Dear Judge Furman:

I represent the plaintiff in the above matter. The plaintiff and Selene Financial request an adjournment of the conference scheduled for March 16, 2024 via telephone for about thirty days. The reason is that the parties are in the midst of settlement discussions, and I should hear from Selene today or tomorrow. We believe that saving on the parties expending time on the joint letter and proposed scheduling order would be beneficial towards settlement of the matter. However, at the present time, we can represent to the Court that we do not believe that an initial conference will be necessary after having submitted the letter and proposed scheduling order.

Thank you for the Court's consideration of the foregoing.

Yours faithfully,

/s/
Adam J. Fishbein

Cc: Counsel of Record

Application GRANTED. The initial pretrial conference currently scheduled for March 13, 2024, is hereby ADJOURNED to **April 10, 2024**, at **9:00 a.m.** The Clerk is directed to terminate ECF No. 72.

SO ORDERED.

*[signature]*

March 7, 2024