UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
LILIT MURADYAN, :
:
:
Plaintiff, :
: 23-CV-9325 (JMF)
-v- :
: ORDER
:
SELENE FINANCIAL, LP, :
:
Defendant. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

     Pursuant to the Court's March 12, 2024 Order, ECF No. 75, Defendant Selene Financial LP was required to respond to Plaintiff's Complaint by April 2, 2024. To date, Defendant has not done so. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **April 5, 2024**. If Defendant does not respond to the Complaint by that deadline, the Court will invite Plaintiff to move for a default judgment. The parties shall notify the Court immediately if they reach a settlement.

     SO ORDERED.

Dated: April 3, 2024
      New York, New York

                                                                            JESSE M. FURMAN
                                                                         United States District Judge