**ADAM J. FISHBEIN, P.C.**
ATTORNEY AT LAW
735 Central Avenue
Woodmere, New York 11598

Telephone (516) 668-6945
fishbeinadamj@gmail.com

April 3, 2024

**<u>VIA ECF</u>**
The Honorable Jesse M Furman
United States District Court
Southern District of New York
40 Centre Street
New York, NY 10007

**RE: Muradyan v. Equifax et al
     23 CV 9325 (JMF)**

Dear Judge Furman:

I represent the plaintiff in the above matter. In response to the Court's recent orders, the plaintiff and Selene Financial are pleased to report that towards the end of last week the matter was resolve in principle. I apologize for not having filed a notice of settlement sooner but I had been preparing for a family celebration which occurred last night. I hope that I am advising the Court soon enough to be able to assign the time slot to another matter.

I believe that including the Selene Financial settlement, that the plaintiff has resolved the matter with all defendants and has advised the court concerning same accordingly.

Thank you for the Court's consideration of the foregoing.

Yours faithfully,

/s/
Adam J. Fishbein

Cc: Counsel of Record